UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

AMUSEMENTS OF AMERICA,

Defendant.

No.: 1:25-cv-6798

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), VICTOR LOPEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and without fees and costs against Defendant, AMUSEMENTS OF AMERICA.

Dated: New York, New York
Jan. 7, 2026

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

______________________________
United States District Court Judge